

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KATHERINE CRAWFORD, *et al.*

      **Plaintiffs**

      **v.**

KHALILAH ROBINSON, *et al.*

      **Defendants**

**CIVIL ACTION
NO. 14-04148**

FILED
A... 2015
...Z, Clerk

### ORDER

**AND NOW**, this 12th day of August, 2015, upon consideration of the Motions to

Dismiss filed by Defendants the United States of America and the Department of Housing and

Urban Development ("HUD") (Doc. No. 29) and U.S. Bank, National Association (Doc. No. 30),

the responses in opposition thereto (Doc. Nos. 31, 32) and the United States and HUD's reply

brief (Doc. No. 33), it is **ORDERED** that the Motions are **DENIED**.

BY THE COURT:

_____

GERALD J. PAPPERT, J.

ENTERED
1 3 2015
CLERK OF COURT

# Mailing Information for a Case  2:14-cv-04148-GJP CRAWFORD et al v. ROBINSON et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **RICHARD M. BERNSTEIN**
  richard.bernstein@usdoj.gov,jackie.brooke@usdoj.gov

- **MICHAEL DALEY**
  legaldepartment@pacourts.us

- **MICHAEL R. FROEHLICH**
  mfroehlich@clsphila.org

- **MARGARET L. HUTCHINSON**
  margaret.hutchinson@usdoj.gov,desiree.wilkins@usdoj.gov,USAPAE.CivCrtFile@usdoj.gov

- **BRETT L. MESSINGER**
  blmessinger@duanemorris.com,lmtryon@duanemorris.com

- **DANA B. OSTROVSKY**
  dana.ostrovsky@fnf.com,mary.lopez@fnf.com

- **BRIAN J. SLIPAKOFF**
  bslipakoff@duanemorris.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)