## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KATHERINE CRAWFORD, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Civil No. 14-cv-4148** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **KHALILAH ROBINSON, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

On this _____ day of _____, 2015, it is hereby ORDERED that Plaintiffs' Motion for

Extension of Time to Serve Amended Complaint and for Alternative Service of Amended

Complaint is GRANTED.

It is FURTHER ORDERED THAT:

1. The Plaintiffs shall serve the Summons and Amended Complaint upon Defendants

   Khalilah Robinson, Tequina Simon, and Khalil Munir by _____, 2015.

2. The Plaintiffs may make such service upon Defendants Khalilah Robinson and Tequina

   Simon by United States Mail, First Class, postage pre-paid pursuant to the Order of the

   Philadelphia Court of Common Pleas on May 28, 2014.

3. The Plaintiffs may make such service upon Defendant Khalil Munir by United States

   Mail, First Class, postage pre-paid; by Certified Mail; and by posting on the Property at

   1331 South 17th St, Philadelphia, PA 19146.

SO ORDERED:

_____

Gerald J. Pappert, U.S.D.J.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KATHERINE CRAWFORD, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Civil No. 14-cv-4148** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **KHALILAH ROBINSON, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

### PLAINTIFFS' MOTION
### FOR EXTENSION OF TIME TO SERVE AMENDED COMPLAINT AND
### FOR ALTERNATIVE SERVICE OF AMENDED COMPLAINT

Plaintiffs Katherine Crawford, Rochelle Brown and Janice Crawford-Sharif, through counsel, request that this Court issue an Order (1) extending the time to serve the Summons and Amended Complaint (Doc. No. 26) through two weeks from the date of the Order; (2) reaffirming the continuing Order of the Philadelphia Court of Common Pleas dated May 28, 2014, that service may be made of the Summons and Amended Complaint on Defendants Khalilah Robinson and Tequina Simon by United States Mail, First Class, postage pre-paid; and (3) permitting service to be made on Defendant Khalil Munir by United States Mail, First Class, postage pre-paid, Certified Mail, and by posting on the Property at 1331 South 17th St, Philadelphia, PA 19146.

In support of this Motion, Plaintiffs aver:

1. Plaintiffs filed their original Complaint with the Philadelphia Court of Common Pleas on April 7, 2014. (Doc. No. 13.)

2. On May 28, 2014, the Court of Common Pleas issued an Order, that, *inter alia*, Plaintiffs may "[u]nless an appearance is entered for Defendants, effect service of any subsequent papers to be filed in this matter by ordinary United States Mail, postage prepaid, upon Defendants [Khalilah Robinson and Tequina Simon] at their last known address, 5722 W.

Oxford Street, Philadelphia, PA 19131; and 2112 Dorrance Street, Philadelphia, PA 19145." (Doc. No. 13. *See* Exh. A.)

3. All Defendants were then properly served. (Doc. No. 13. *See esp.* Exhs. B, H, *and* I.)

4. Defendants Tequina Simon, Khalilah Robinson, and Khalil Munir never filed an Answer, entered an appearance, or otherwise responded to the original Complaint. (Doc. No. 13.)

5. After this matter was removed to this Court, Plaintiffs were provided leave to file an Amended Complaint. (Doc. No. 23.) Plaintiffs filed their Amended Complaint with this Court on April 6, 2015. (Doc. No. 26.)

6. Along with their Amended Complaint, Plaintiffs also filed a Motion for Leave to Proceed In Forma Pauperis on April 6, 2015 (Doc. No. 25.) This Court granted their Motion on April 14, 2015, and ordered the U.S. Marshals to make service upon all defendants who had not yet entered an appearance in this matter, including Tequina Simon, Khalilah Robinson, and Khalil Munir. (Doc. No. 28.)

7. Summons were issued to Defendants Khalilah Robinson, Tequina Simon, and Khalil Munir (collectively the "Three Defendants"), and forwarded to the U.S. Marshals on April 14, 2015. (Doc. No. 27.)

8. On June 29, 2015, the U.S. Marshals returned the Summons issued as to Khalil Munir as Unexecuted. (Doc. No. 39.) The U.S. Marshal's Process Receipt and Return noted "1st Endeavor Asha Al Shabaz stated [Khalil Munir] does not live [at] address." (Id.)

9. On August 13, 2015, the U.S. Marshals returned the Summons issued as to Khalilah Robinson as Unexecuted. (Doc. No. 51.) The U.S. Marshal's Process Receipt and Return noted three unsuccessful weekday daytime attempts at personal service at her home. (Id.)

10. To date, the U.S. Marshals have not returned the Summons issued as to Tequina Simon. Plaintiffs' counsel has contacted the U.S. Marshals' office, but is still awaiting a response.

11. To the best of Plaintiffs' counsel's personal knowledge, information, and belief, Tequina Simon resides at 5722 W. Oxford Street, Philadelphia, PA 19131; Khalilah Robinson resides at 2112 Dorrance Street, Philadelphia, PA 19145; and Khalil Munir resides at 336 E. Mt. Airy Ave., Philadelphia, PA 19119.

12. The home at 5722 W. Oxford Street, Philadelphia, PA 19131 is owned by Tequina Simon. (*See* Exh. G.)  Tequina Simon was served the original Complaint on June 2, 2014, by U.S. Mail, Certified Mail, and on June 4, 2014 by posting on the Property pursuant to Court Order. (Doc. No. 13. *See* Exh. H.)

13. The home at 2112 Dorrance Street, Philadelphia, PA 19145 is owned by Khalilah Robinson. (*See* Exh. F.)  Khalilah Robinson was served the original Complaint on June 2, 2014, by U.S. Mail, Certified Mail, and on June 4, 2014 by posting on the Property pursuant to Court Order. (Doc. No. 13. *See* Exh. I.)

14. Khalil Munir was personally served the original Complaint at his home on April 16, 2014. (Doc. No. 13. *See* Exh. B.)

15. The Three Defendants have never filed an Answer, entered any appearance, or responded to this lawsuit in any fashion.

16. On August 24, 2015, a volunteer attorney working with Plaintiffs' counsel unsuccessfully tried to make personal service of the Summons and Amended Complaint on the Three Defendants. (*See* Exh. D.)

17. The Three Defendants are siblings, whose addresses were provided to Plaintiffs' counsel

by several of their aunts and uncles.  Their father, Defendant James Roscoe Smith, III, was successfully personally served the Amended Complaint by the U.S. Marshalls on July 24, 2015. (Doc. No. 50.)

18. Plaintiffs' counsel searched multiple online records databases, including voting, property ownership, dockets in other proceedings, and social media, but was unable to locate any other definitive home address for the Three Defendants.

Accordingly, Plaintiffs Katherine Crawford, Rochelle Brown, and Janice Crawford-Sharif, through counsel, request that this Court issue an Order (1) extending the time to serve the Summons and Amended Complaint (Doc. No. 26) through two weeks from the date of the Order; (2) reaffirming the continuing Order of the Philadelphia Court of Common Pleas dated May 28, 2014, that service may be made of the Summons and Amended Complaint on Defendants Khalilah Robinson and Tequina Simon by United States Mail, First Class, postage pre-paid; and (3) permitting service to be made on Defendant Khalil Munir by United States Mail, First Class, postage pre-paid, Certified Mail, and by posting on the Property at 1331 South 17th St, Philadelphia, PA 19146.

Respectfully submitted,

DATE: 8/31/15

Michael R. Froehlich, Esq.
Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KATHERINE CRAWFORD, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | **Civil No. 14-cv-4148** |
| ) | |
| **vs.** ) | |
| ) | |
| **KHALILAH ROBINSON, et al.** ) | |
| ) | |
| **Defendants.** ) | |

## BRIEF IN SUPPORT OF PLAINTIFFS' MOTION
## FOR EXTENSION OF TIME TO SERVE AMENDED COMPLAINT AND
## ALLOWING ALTERNATIVE SERVICE OF AMENDED COMPLAINT

### I.   BACKGROUND

This is a quiet title action originally filed by the Plaintiffs in the Philadelphia Court of Common Pleas and removed to federal court by Defendant United States Department of Housing and Urban Development. (Doc. No. 1). Plaintiffs filed their original Complaint on April 7, 2014. (Doc. No. 13.) On May 28, 2014, the Court of Common Pleas issued an Order that, *inter alia,* permitted the Plaintiffs to, "[u]less an appearance is entered for Defendants, effect service of any subsequent papers to be filed in this matter by ordinary United States Mail, postage prepaid, upon Defendants [Khalilah Robinson, and Tequina Simon] at their last known address, 5722 W. Oxford Street, Philadelphia, PA 19131; and 2112 Dorrance Street, Philadelphia, PA 19145." (Doc. No. 13, Exh. A.)

On April 6, 2015, Plaintiffs filed an Amended Complaint in this Court. (Doc. No. 26.) Plaintiffs now seek a Court order (1) extending the time to serve the Summons and Amended Complaint (Doc. No. 26) through two weeks from the date of the Order; (2) reaffirming the continuing Order of the Philadelphia Court of Common Pleas dated May 28, 2014, that service may be made of the Summons and Amended Complaint on Defendants Khalilah Robinson and

Tequina Simon by United States Mail, First Class, postage pre-paid; and (3) permitting service to be made on Defendant Khalil Munir by United States Mail, First Class, postage pre-paid, Certified Mail, and by posting on the Property at 1331 South 17th St, Philadelphia, PA 19146.

## II.    ARGUMENT

### A.    Extension of Time to Serve Is Appropriate.

A plaintiff must serve each defendant within 120 days from filing of the complaint, or the court may dismiss the action if it does not allow an extension. Fed. R. Civ. P. 4(m). Before granting a motion to extend time for service of process, "the Court will first determine whether good cause exists for the Plaintiffs' failure to timely serve. If good cause exists, the district court has no choice but to extend time for service. If good cause does not exist, the district court may consider whether to grant a discretionary extension of time" (citations omitted). McFadden v. Weiss, No. CIV.A. 13-2914, 2014 WL 5880097, at *2 (E.D. Pa. Nov. 13, 2014).

Here, Plaintiffs' counsel was still waiting for the U.S. Marshals to complete service on Defendants Khalilah Robinson, Tequina Simon, and Khalil Munir (collectively the "Three Defendants"), on August 4, 2015, when the 120 days ran from the filing of the Amended Complaint. As of August 4, 2015, the Marshals had returned only one Process Receipt and Return, which showed only a single unsuccessful "1st endeavor" to serve Khalil Munir. (Doc. No. 39.) Plaintiffs' counsel mistook the absence of return of service as to Tequina Simon and the note of a "1st endeavor" (emphasis added) to serve Khalil Munir, to indicate ongoing attempts to serve the Three Defendants. In addition to employing the U.S. Marshals, however, Plaintiff sent another attorney to the record addresses of each of the Three Defendants to attempt service, but was unsuccessful.

It is within the discretion of this Court to grant an extension of time to serve this pleading.  Plaintiffs' counsel requests this Court's discretionary extension of time.

> While Plaintiff has not acted timely, Plaintiff has retained multiple companies to search for Defendant and has attempted at least one good faith effort to serve Defendant in each appropriate time period at a location wherein Plaintiff had reasonable belief that Defendant resided. Moreover, Defendant has failed to provide an address throughout this process. The Advisory Committee's notes on Federal Rule of Civil Procedure 4(m) suggest that courts may consider whether the defendant was evading service or concealing a defect in attempted service.

McFadden v. Weiss, No. CIV.A. 13-2914, 2014 WL 5880097, at *2 (E.D. Pa. Nov. 13th, 2014), quoting Petrucelli v. Bohringer and Ratzinger, 46 F.3d 1298, 1305, 1305-06 (3d Cir.1995). Here, Plaintiffs and their counsel have employed the U.S. Marshals and a private agent working on behalf of Plaintiffs' counsel.

The Three Defendants have not responded to service of original Complaint or otherwise expressed any interest in participating in this matter. The Three Defendants were served with the original Complaint, which was materially equivalent as to the claims against them.  Plaintiffs' delay is not prejudicial to the Three Defendants or to any other party, and an extension of time to serve the Three Defendants is appropriate.

### B.   Alternative Service Is Appropriate Now as Previously Ordered, as for Khalilah Robinson and Tequina Simon

The Amended Complaint may be appropriately served as to both Tequina Simon and Khalilah Robinson "by ordinary United States Mail, postage prepaid, upon Defendants at their last known address, 5722 W. Oxford Street, Philadelphia, PA 19131; and 2112 Dorrance Street, Philadelphia, PA 19145 [respectively]" pursuant to the Order of the Honorable Nina Wright Padilla, Philadelphia Court of Common Pleas, dated May 28, 2014.  (Doc. No. 13, Exh. A.)

When a matter is removed from state to Federal District Court, "all injunctions, orders, and other proceedings had in such action prior to its removal shall remain in full force and effect until dissolved or modified by the district court." 28 U.S.C. § 1450.

Here, the Philadelphia Court of Common Pleas ordered that alternative service was permitted as to Khalilah Robinson and Tequina Simon "unless an appearance is entered for Defendants [for] any subsequent papers to be filed in this matter." (Doc. No. 13, Exh. A.) That order remains in effect because this Court has not modified or dissolved that earlier order (nor has any party requested such reconsideration.) *See* Dougherty v. VFG, LLC, No. CIV.A. 14-2262, 2015 WL 4557248, at *3 (E.D. Pa. July 28th, 2015) *and* Vigilante v. Statharos, No. 08–3408, 2009 WL 414014, at *2 (E.D.Pa. Feb.16, 2009) (thirty days after removal, the window to move for reconsideration closes for an order preceding removal).

### C.      Alternative Service is Appropriate for Khalil Munir

Alternative service is now appropriate for Khalil Munir, because Plaintiffs have made good faith efforts to locate him, have made practical efforts to serve him, and now request alternative means calculated to supplement his existing notice of this action.  In addition, Khalil Munir was personally served with the original Complaint but has not filed an Answer or otherwise expressed any interest in participating in this matter.

A plaintiff may serve a defendant "pursuant to the law of the state in which the district court is located." Fed. R. Civ. P. 4(e). Service in Philadelphia County (as here) may be made by a competent adult who is not a party to the action. Pa. R. Civ. P. 400 & 400.1.

In Pennsylvania, a plaintiff may move for alternative service where service cannot be made under those appropriate rules. Pa. R. Civ. P. 430(a). "To succeed on this motion, Plaintiff

must show (1) a good faith effort to locate Defendant, (2) reasonable and practical efforts to serve Defendant, and (3) an alternate method reasonably calculated to provide the defendant with notice of the proceedings against him." McFadden v. Weiss, No. CIV.A. 13-2914, 2014 WL 5880097, at *2 (E.D. Pa. Nov. 13, 2014), quoting Calabro v. Leiner, 464 F.Supp.2d 470, 471 (2006).

A good faith effort to locate Defendant "might include, among other things, inquiries of postal authorities, inquiries of relatives, friends, neighbors, and employees of defendant, and examinations of voter registration records, local tax records, and motor vehicle records." Calabro v. Leiner, 464 F. Supp. 2d 470, 472 (E.D. Pa. 2006), quoting Pa. R. Civ. P. 430(a), note ("It is not necessary that plaintiff pursue every method listed in the note to Rule 430(a) in order to satisfy the good faith effort requirement."). Here, Plaintiffs successfully served the original complaint on Khalil Munir, personally, at his home address on April 16, 2014 (Doc. No. 13, Exh. B.) Plaintiffs requested the U.S. Marshalls' assistance in effecting service at his home address. Plaintiffs have sent a private agent to attempt to serve Khalil Munir at his home address. They have asked Khalil Munir's relatives and consulted online databases, but have not been able to locate any other definitive home address for him. This amounts to a "good faith effort" to locate Khalil Munir.

Plaintiffs' efforts to serve Khalil Munir have been reasonable and practical, given the circumstances. Although the U.S. Marshals were told that Khalil Munir did not live at the address, he had earlier been served there by Plaintiffs' investigator. (See Exh. B.) And when Plaintiffs' counsel sent another attorney to attempt service, open first-floor windows suggested that someone was home but avoiding service. (See Exh. D.) Courts have sometimes held that more frequent attempts have been required to establish" reasonable and practical efforts" , see

*e.g.*, Banegas v. Hampton, No. CIV.A. 08-5348, 2009 WL 1140268, at *2 (E.D. Pa. Apr. 27, 2009) *and cases cited* (six attempts, or a stakeout were sufficient to show practical effort.) However, a court may find that fewer attempts are required where a defendant is found to be actively attempting to evade the process server. World Entm't Inc. v. Brown, 487 F. App'x 758, 761 (3d Cir. 2012) (leaving papers "in the defendant's physical proximity is usually sufficient if (1) defendant actively evades service, and (2) there is clear evidence that the defendant actually received the papers at issue when allegedly served.")

Here, Khalil Munir received the original Complaint when served personally at his home address on April 16, 2014. (Doc. No. 13. *See* Exh. B). He did not respond. After removal to this Court, the Amended Complaint simply names additional co-defendants. It does not amend the claims against Khalil Munir. Thus, Khalil Munir cannot deny practical notice of the matter. If Khalil Munir has since moved from that address, he has not reported his change of address to the Court or to Plaintiffs' counsel. Following the logic of World Entm't Inc. v. Brown, *supra*, Plaintiffs' practical efforts should be satisfactory to allow alternative service, given the instant circumstances.

Finally, Plaintiffs' proposed alternative method of mailing via First Class U.S. Mail, Certified Mail, and posting on the property at issue in this quiet title action is reasonably calculated to provide the defendant with notice of the proceedings against him. Any defense from Khalil Munir mut be predicated on an interest in the Property. And if Khalil Munir would have an interest in the Property, then posting to that Property (along with mailing to his last known address) would supplement his present notice of the matter before this Court.

As such, alternative service is appropriate as for Khalil Munir.

## III.    RELIEF REQUESTED

Plaintiffs Katherine Crawford, Rochelle Brown and Janice Crawford-Sharif, through

counsel, request that this Court order (1) extending the time to serve the Summons and Amended

Complaint (Doc. No. 26) through two weeks from the date of the Order; (2) reaffirming the

continuing Order of the Philadelphia Court of Common Pleas dated May 28, 2014, that service

may be made of the Summons and Amended Complaint on Defendants Khalilah Robinson and

Tequina Simon by United States Mail, First Class, postage pre-paid; and (3) permitting service to

be made on Defendant Khalil Munir by United States Mail, First Class, postage pre-paid,

Certified Mail, and by posting on the Property at 1331 South 17th St, Philadelphia, PA 19146.


Respectfully submitted,



DATE: ___8|31|15___                                      _____

                                                         Michael R. Froehlich, Esq.
                                                         Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of Plaintiffs' Motion for Alternative Service of Complaint and Extension of Time to Serve Amended Complaint were sent to the following:

**VIA ECF:**

*Brett L. Messinger, Esq., Brian J. Slipakoff, Esq., and Dana Ostrovsky, Esq. on behalf of*
U.S. Bank, National Association, as Trustee for the CMLTI Asset-Backed Pass-Through Certificates, Series 2007-AMC3
425 Walnut St.
Cincinnati, OH 45202

*Richard M. Bernstein, Esq. and Margaret L. Hutchinson, Esq., on behalf of*
The Department of Housing and Urban Development
The Wanamaker Building
100 Penn Square East
Philadelphia, PA 19107-3380
*and*
The United States of America
c/o United States Attorney for Eastern District of PA
615 Chestnut St.
Philadelphia, PA 19106

*Theodore Simon on behalf*
ALFRED BOWLES
26 Inskeep Court
Cherry Hill, NJ 08003

*Michael Daley, Esq. on behalf of*
COMMONWEALTH OF PA
C/O First Judicial District
Adult Probation Department
1401 Arch Street
Philadelphia, PA 19102

**VIA REGULAR MAIL:**

*Jada Greenhowe, Esq., on behalf of*
Pennsylvania Housing Finance Administration (PHFA)
211 North Front Street
P.O. Box 15530
Harrisburg, PA 17105-5530

KHALILAH ROBINSON
2112 Dorrance Street
Philadelphia, PA 19145

KHALIL MUNIR
336 East Mt. Airy Avenue
Philadelphia, PA 19119

TEQUINA SIMON
5722 W. Oxford Street
Philadelphia, PA 19131

JAMES ROSCOE SMITH, III
2513 North 24th Street
Philadelphia, PA 19132

ZACHARY CRAWFORD
1331 South 17th Street
Philadelphia, PA 19146

ALICE CRAWFORD
1802 Morris St.
Philadelphia, PA 19145

DATE:  8/ /2015

/s/ Michael R. Froehlich
Michael R. Froehlich

# EXHIBIT A

**FILED**
23 MAY 2014 03:44 pm
**Civil Administration**
K. PERMSAP

RECEIVED

MAY 2 9 2014

**OFFICE OF JUDICIAL RECORDS**

KATHERINE CRAWFORD, JAMES
CRAWFORD, ROCHELLE BROWN, and
JANICE CRAWFORD-SHARIF,

Plaintiffs

v.

KHALILAH ROBINSON, KHALIL MUNIR,
TEQUINA SIMON, JAMES ROSCOE
SMITH, III, OCWEN Loan Servicing, LLC;
U.S. Bank, National Association, as Trustee
for the CMLTI Asset-Backed Pass-Through
Certificates, Series 2007-AMC3,
Pennsylvania Housing Finance Agency
(PHFA), and The Department of Housing and
Urban Development,

Defendants

COURT OF COMMON PLEAS

PHILADELPHIA COUNTY

CIVIL DIVISION

APRIL TERM, 2014

NO. 00091

## O R D E R

AND NOW, this _28th_ day of _May_, 2014, upon consideration of the Motion for

Alternative Service of plaintiffs, and it appearing that after reasonable investigation the

defendants cannot be personally served, it is hereby ORDERED AND DECREED that:

1. Effect service of the Complaint on Defendants Tequina Simon and Khalilah Robinson by

   posting on the property subject to this Quiet Title Action, 1331 South 17th Street,

   Philadelphia, Pennsylvania, AND by mailing to Defendants Tequina Simon and Khalilah

   Robinson by First Class U.S. Mail, postage prepaid to their last known addresses: 5722

   W. Oxford Street, Philadelphia, PA 19131; and 2112 Dorrance Street, Philadelphia, PA

   19145.

**DOCKETED**

MAY 2 9 2014

WILLIAM DEANE
JUDICIAL RECORDS

Crawford Etal Vs Robins-ORDER

14040009100015

Case ID: 140400091

Control No.: 14053069

2.  Unless an appearance is entered for Defendants, effect service of any subsequent papers to be filed in this matter by ordinary United States Mail, postage prepaid, upon Defendants at their last known address, 5722 W. Oxford Street, Philadelphia, PA 19131; and 2112 Dorrance Street, Philadelphia, PA 19145.

BY THE COURT:

_____

J.

Case ID: 140400091

Control No.: 14053069

# EXHIBIT B

By:    Michael Froehlich, Esquire
Mfroehlich@ClsPhila.org
Attorney ID No.: 92767
COMMUNITY LEGAL SERVICES, INC.
1410 West Erie Avenue
Philadelphia, Pennsylvania 19140
Telephone No.: (215) 227-4377

Attorney For Plaintiffs
KATHERINE CRAWFORD ET AL

*Filed and Attested by
PROTHONOTARY
19 MAY 2014 09:43 am
E. MASCUILLI*

---

| | | |
|---|---|---|
| KATHERINE CRAWFORD, James Crawford, ROCHELLE BROWN, JANICE CRAWFORD SHARIF,<br><br>                        Plaintiffs,<br><br>      vs.<br><br>KHALILAH ROBINSON, KHALIL MUNIR, TEQUINA SIMON, JAMES ROSCOE SMITH, III, OCWEN Loan Servicing, LLC; U.S. Bank, National Association, as Trustee for the CMLTI Asset-Backed Pass-Through Certificates, Series 2007-AMC3, Pennsylvania Housing Finance Agency (PHFA), and The Department of Housing and Urban Development,<br><br>                        Defendants. | : : : : : : : : : : : : : : : : : : | PHILADELPHIA COUNTY COURT OF COMMON PLEAS TRIAL DIVISION<br><br>APRIL TERM, 2014 No.00091 |

---

## AFFIDAVIT OF SERVICE

Served and made known to KHALILAH MUNIR, Defendant on the 16th day of April, 2014, at 4:19 P.M., at 316 East Mt. Airy Avenue, Philadelphia, PA 19119, in the manner described below:

_X__ Defendant personally served.

____ Adult Family member with whom Defendant(s) reside(s).
         Relationship is _____.

____ Adult in charge of Defendant's residence who refused to give name or relationship.

____ Manager/Clerk of place of lodging in which Defendant(s) reside(s).

Case ID: 140400091

___Agent or person in charge of Defendant's office or usual place of business.

_____an officer of Defendant's company.

___Other:_____.

Description:  Age: 25   Height: 5' 5"   Weight: 165   Race: Black   Sex: Male   Other:_____

I, Edgardo Reyes, a competent adult, herby verify that I personally handed a true and correct copy of the Quiet Title Complaint in the manner as set forth herein, issued in the captioned case on the date and at the address indicated above.  I understand that this statement is made subject to the penalties of 18 Pa. C.S. Sec. 4904 relating to unsworn falsification to authorities.

Name: _Edgardo J. Reys_

Printed Name: _EDGARDO J. REYES_

Title: _INVESTIGATOR_

Case ID: 140400091

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KATHERINE CRAWFORD, et al.,** | ) |
| | ) |
| **Plaintiffs,** | )   **Civil No. 14-cv-4148** |
| | ) |
| **vs.** | ) |
| | ) |
| **KHALILAH ROBINSON, et al.** | ) |
| | ) |
| **Defendants.** | ) |

**AFFIDAVIT OF SERVICE**

I, David W. Jonas, declare that on Thursday, August 27, 2015 I caused to be mailed

Summons and Amended Complaint on three defendants, Khalilah Robinson, Tequina Simon, and

Khalil Munir, at 2112 Dorrance Street, 5722 West Oxford Street, and 336 East Mount Airy

Avenue (their respective homes) in Philadelphia County, Pennsylvania.

This effects service as to Khalilah Robinson and Tequina Simon, pursuant to the court

order, dated May 28, 2014, from the Honorable Nina Wright Padilla, Philadelphia Court of

Common Pleas. (Doc. No. 1, and attached here as Exhibit A.) When a matter is removed from

state to Federal District Court, "all injunctions, orders, and other proceedings had in such action

prior to its removal shall remain in full force and effect until dissolved or modified by the district

court." 28 U.S.C. § 1450.

Signed under penalties of perjury, this 28th day of August, 2015,

David W Jonas, Esquire

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Khalilah Robinson

was received by me on *(date)*   08/21/2015   .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I today sent the summons and Amended Complaint, addressed to Khalilah Robinson at
2112 Dorrance Street, Philadelphia PA 19145, by United States Mail postage paid as both
First Class and Certified Mail.

My fees are $   0.00   for travel and $   0.00   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  *08/27/2015*

_____
*Server's signature*

David W Jonas, Esq.
*Printed name and title*

c/o Community Legal Services
1410 West Erie Avenue
Philadelphia, PA 19140
*Server's address*

Additional information regarding attempted service, etc:
This service complies with the May 28, 2014 Order from the Honorable Nina Wright Padilla, Philadelphia Court of
Common Pleas. (Doc. No. 1, and attached here as Exhibit A.) When a matter is removed from state to Federal District
Court, "all injunctions, orders, and other proceedings had in such action prior to its removal shall remain in full force
and effect until dissolved or modified by the district court." 28 U.S.C. § 1450.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Tequina Simon

was received by me on *(date)*    08/21/2015    .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  I today sent the summons and Amended Complaint, addressed to Tequina Simon at 5722
West Oxford Street, Philadelphia PA 19131, by United States Mail postage paid as both
First Class and Certified Mail.

My fees are $      0.00      for travel and $      0.00      for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date:  08/27/2015

_____
*Server's signature*

David W Jonas, Esq.
*Printed name and title*

c/o Community Legal Services
1410 West Erie Avenue
Philadelphia, PA 19140
*Server's address*

Additional information regarding attempted service, etc:
This service complies with the May 28, 2014 Order from the Honorable Nina Wright Padilla, Philadelphia Court of
Common Pleas. (Doc. No. 1, and attached here as Exhibit A.) When a matter is removed from state to Federal District
Court, "all injunctions, orders, and other proceedings had in such action prior to its removal shall remain in full force
and effect until dissolved or modified by the district court." 28 U.S.C. § 1450.

# EXHIBIT D

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:14-cv-04148-GJP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Khalilah Robinson

was received by me on *(date)*          08/21/2015          .

❑ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because   no answer at address                     ; or

❑ Other *(specify):*


My fees are $      5.00      for travel and $      0.00      for services, for a total of $      5.00      .

I declare under penalty of perjury that this information is true.

Date:  08/27/2015

_____
*Server's signature*

David W Jonas, Esq.
*Printed name and title*

Community Legal Services
1410 West Erie Avenue
Philadelphia, PA 19140
*Server's address*

Additional information regarding attempted service, etc:
At 11:20am on Monday, August 24, 2015, I observed premises, 2112 Dorrance Street, Philadelphia PA 19145 for five minutes; I then knocked and rang doorbell three times each over the next five minutes. There was no response from inside. I then waited and observed premises for five more minutes from the street, but there was no sign of any resident.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:14-cv-04148-GJP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Tequina Simon

was received by me on *(date)*            08/21/2015            .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because    no answer at address            ; or

☐ Other *(specify):*


My fees are $      5.00      for travel and $      0.00      for services, for a total of $      5.00      .

I declare under penalty of perjury that this information is true.

Date:  08/27/2015

_____
*Server's signature*

David W Jonas, Esq.
*Printed name and title*

Community Legal Services
1410 West Erie Avenue
Philadelphia, PA 19140
*Server's address*

Additional information regarding attempted service, etc:
At 12:10pm on Monday, August 24, 2015, I observed premises, 5722 West Oxford Street, Philadelphia PA 19131 for five minutes; I then knocked and rang doorbell three times each over the next five minutes. There was no response from inside. I then waited and observed premises for five more minutes from the street, but there was no sign of any resident.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:14-cv-04148-GJP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Khalil Munir

was received by me on *(date)*         08/21/2015         .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because   no answer at address             ; or

☐ Other *(specify):*



My fees are $       5.00       for travel and $       0.00       for services, for a total of $       5.00       .

I declare under penalty of perjury that this information is true.

Date:  08/27/2015

_____
*Server's signature*

David W Jonas, Esq.
*Printed name and title*

Community Legal Services
1410 West Erie Avenue
Philadelphia, PA 19140
*Server's address*

Additional information regarding attempted service, etc:
At 1:20pm on Monday, August 24, 2015, I observed premises, 336 East Mount Airy Avenue, Philadelphia PA 19119 for five minutes; I then knocked and rang doorbell three times each over the next five minutes. There was no response from inside, but the open windows suggested someone was home. I then waited and observed premises for five more minutes from the street, but there was no sign of any resident.

# EXHIBIT E

File No. NW-6044                                          Parcel ID No. 22-2-178400

# This Indenture, made the 22nd day of January, 2013,

## Between

**MICHELLE POLLINO**

(hereinafter called the Grantor), of the one part, and

**ASHA N. EL-SHABAZZ**

(hereinafter called the Grantee), of the other part,

**Witnesseth,** that the said Grantor for and in consideration of the sum of **One Hundred Seventy Thousand And 00/100 Dollars ($170,000.00)** lawful money of the United States of America, unto her well and truly paid by the said Grantee, at or before the sealing and delivery hereof, the receipt whereof is hereby acknowledged, has granted, bargained and sold, released and confirmed, and by these presents does grant, bargain and sell, release and confirm unto the said Grantee Sole Owner, his/her personal representatives and assigns his heirs and assigns,

PREMISES "A"

ALL THAT CERTAIN strip or piece of ground situate in the 22nd Ward of the City of Philadelphia,

BEGINNING at a point at the distance of 140 feet Southeastwardly from the Southeasterly side of Mt. Airy Avenue measured on a line at right angles thereto said point being also at the distance of 85 feet more or less Southwestwardly from the Southwesterly side of Ardleigh Street, said point in Ardleigh Street being at a distance of 140 feet and ½ of an inch Southeastwardly from the Southeasterly side of Mt. Airy Avenue; THENCE extending Southwestwardly on a line parallel with Mt. Airy Avenue 27 feet and 6 inches to a point; THENCE Southeastwardly on a line at right angles to Mt. Airy Avenue 10 feet to a point; THENCE Northeastwardly on a line parallel with Mt. Airy Avenue 27 feet 6 inches to point; THENCE Northeastwardly on a line at right angles to Mt. Airy Avenue 10 feet to the point of beginning.

PREMISES "B"

ALL THAT CERTAIN Lot or piece of ground with the three story stone and brick messuage or tenement thereon erected, SITUATE on the Southeasterly side of Mt. Airy Avenue at the distance of 82 feet 3 and 7/8 inches Southwestwardly from the Southwesterly side of Ardleigh Street in the 22nd Ward of the City of Philadelphia.

CONTAINING in front or breadth on the said Mt. Airy Avenue 27 feet 6 inches and extending Southeastwardly of that width in length or depth between parallel lines at right angles to the said Mt. Airy Avenue 140 feet.

BEING known as 336 E. Mt. Airy Avenue

TOGETHER with the free and common use, right, liberty and privilege of a certain 10 feet wide driveway as and for a passageway at all times hereafter, forever as described in Deed recorded as aforesaid in Deed Book JMH 708 page 165.

eRecorded in Philadelphia PA  Doc Id: 52599759
02/19/2013 09:03AM      Receipt#: 1208091
Page 1 of 7                Rec Fee: $230.00
Commissioner of Records    Doc Code: D
State RTT: $1,700.00   Local RTT: $5,100.00

**BEING** the same premises which Michelle Pollino and Maggie Boccella, by deed dated June 5, 2008, and recorded July 11, 2008, in the Office of the Recorder of Deeds in and for the County of Philadelphia, Pennsylvania, as Instrument No. 51936183, granted and conveyed unto Michelle Pollino, in fee.

**Together with** all and singular the buildings and improvements, ways, streets, alleys, driveways, passages, waters, water-courses, rights, liberties, privileges, hereditaments and appurtenances, whatsoever unto the hereby granted premises belonging, or in anywise appertaining, and the reversions and remainders, rents, issues, and profits thereof; and all the estate, right, title, interest, property, claim and demand whatsoever of her, the said grantor, as well at law as in equity, of, in and to the same.

**To have and to hold** the said lot or piece of ground described above, with the buildings and improvements thereon erected, hereditaments and premises hereby granted, or mentioned and intended so to be, with the appurtenances, unto the said Grantees, their heirs and assigns, to and for the only proper use and behoof of the said Grantees, their heirs and assigns, forever.

**And** the said Grantor, for herself and her heirs, executors and administrators, does, by these presents, covenant, grant and agree, to and with the said Grantees, their heirs and assigns, that she, the said Grantor, and her heirs, all and singular the hereditaments and premises herein described and granted, or mentioned and intended so to be, with the appurtenances, unto the said Grantees, their heirs and assigns, against her, the said Grantor, and her heirs, and against all and every other person and persons whosoever lawfully claiming or to claim the same or any part thereof, by, from or under him, her, it, or any of them, shall and will

**Warrant and Forever Defend.**

**In Witness Whereof**, the party of the first part has hereunto set her hand and seal. Dated the day and year first above written.

**Sealed and Delivered**
IN THE PRESENCE OF US:

_____     _____ {SEAL}
                                            Michelle Pollino

SEE ATTACHED
NOTARIAL CERTIFICATE

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California     )
County of Los Angeles   )

On **January 22, 2013**, before me, Sally J. Kim, Notary Public, personally appeared **MICHELLE POLLINO**, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

SALLY J. KIM
Comm. #1996582
Notary Public · California
Los Angeles County
Comm. Expires Nov 11, 2016

WITNESS my hand and official seal.

Sally J. Kim, Notary Public

============ OPTIONAL SECTION ============

Though the data below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent reattachment of this form.

**CAPACITY CLAIMED BY SIGNER**
☐INDIVIDUAL
☐CORPORATE OFFICER(S)
_____
TITLE(S)
☐PARTNER(S)  ☐LIMITED
         ☐GENERAL
☐ATTORNEY-IN-FACT
☐TRUSTEE(S)
☐GUARDIAN/CONSERVATOR
☐OTHER: _____
_____

**SIGNER IS REPRESENTING:**
NAME OF PERSON(s) OR ENTITY(IES)
_____

**DESCRIPTION OF ATTACHED DOCUMENT**

**INDENTURE**
TITLE OR TYPE OF DOCUMENT

3
NUMBER OF PAGES

Jan 22 2013
DATE OF DOCUMENT

none
SIGNER(S) OTHER THAN NAMED ABOVE

State of California
County of Los Angeles

~~Commonwealth of Pennsylvania~~        :
~~County of~~ _____        : ss

On this the **22** day of _____, 201~~8~~ before me, a Notary Public for the Commonwealth of Pennsylvania, residing in the County of _____, the undersigned Officer, personally appeared **Michelle Pollino**, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that she executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____
Notary Public
My commission expires _____

The address of the above-named Grantees is:
**336 E. Mt. Airy Ave.**
**Philadelphia, PA 19119**

_____
On behalf of the Grantees

File No.  **NW-6044**

Record and return to:
**Northwest Abstract Company, Inc.**
**801 Bethlehem Pike**
**Erdenheim, PA 19038**

| BOOK NO. | PAGE NO. |
|---|---|

# PHILADELPHIA REAL ESTATE
# TRANSFER TAX CERTIFICATION

| DATE RECORDED |
|---|
| CITY TAX PAID |

Complete each section and file in duplicate with Recorder of Deeds when (1) the full consideration/value is/is not set forth in the deed, (2) when the deed is with consideration, or by gift, or (3) a tax exemption is claimed. If more space is needed, attach additional sheet(s).

**A. CORRESPONDENT — All inquiries may be directed to the following person:**

| NAME | TELEPHONE NUMBER: | Tel:215-233- |
|---|---|---|
| Northwest Abstract Company, Inc. | AREA CODE ( ) | 0888Fax:215-836-7113 |

| STREET ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 801 Bethlehem Pike | Erdenheim | PA | 19038 |

**B. TRANSFER DATA**    DATE OF ACCEPTANCE OF DOCUMENT: **January 25, 2013**

| GRANTOR(S)/LESSOR(S) | GRANTEE(S)/LESSEE(S) |
|---|---|
| Michelle Pollino | Asha N. El-Shabazz |

| STREET ADDRESS | STREET ADDRESS |
|---|---|
| 1433 Del Monte Dr. | 336 E. Mt. Airy Ave. |

| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| Glendale | CA | 91207 | Philadelphia | PA | 19119 |

**C. PROPERTY LOCATION**

| STREET ADDRESS | CITY, TOWNSHIP, BOROUGH |
|---|---|
| 336 E. Mt. Airy Ave. | |

| COUNTY | SCHOOL DISTRICT | TAX PARCEL NUMBER |
|---|---|---|
| Philadelphia | | 22-2-178400 |

**D. VALUATION DATA**

| 1. ACTUAL CASH CONSIDERATION | 2. OTHER CONSIDERATION | 3. TOTAL CONSIDERATION |
|---|---|---|
| 170,000.00 | + | = 170,000.00 |

| 4. COUNTY ASSESSED VALUE | 5. COMMON LEVEL RATIO FACTOR | 6. FAIR MARKET VALUE |
|---|---|---|
| 28,960.00 | X 3.97 | = 114,971.20 |

**E. EXEMPTION DATA**

| 1A. AMOUNT OF EXEMPTION | 1B. PERCENTAGE OF INTEREST CONVEYED |
|---|---|
| 0 | 100 |

2. **Check Appropriate Box Below for Exemption Claimed**

☐ Will or intestate succession _____ .
                               *(NAME OF DECEDENT)*                  *(ESTATE FILE NUMBER)*

☐ Transfer to Industrial Development Agency.

☐ Transfer to agent or straw party. (Attach copy of agency/straw party agreement).

☐ Transfer between principal and agent. (Attach copy of agency/straw trust agreement). Tax paid prior deed $ _____

☐ Transfers to the Commonwealth, the United States, and Instrumentalities by gift, dedication, condemnation or in lieu of condemnation. (Attach copy of resolution).

☐ Transfer from mortgagor to a holder of a mortgage in default. Mortgage Book Number _____ , Page Number _____ . Mortgagee (grantor) sold property to Mortgagor (grantee) (Attach copy of prior deed).

☐ Corrective deed (Attach copy of the prior deed).

☐ Other (Please explain exemption claimed, if other than listed above.) _____

_____

*Under penalties of law or ordinance, I declare that I have examined this Statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.*

| SIGNATURE OF CORRESPONDENT OR RESPONSIBLE PARTY | DATE |
|---|---|
| Northwest Abstract Company, Inc., By: | January 25, 2013 |

82-127 (Rev. 6/93)                      (SEE REVERSE)

# PHILADELPHIA REAL ESTATE
# TRANSFER TAX CERTIFICATION

| BOOK NO. | PAGE NO. |
|---|---|
| DATE RECORDED | |
| CITY TAX PAID | |

Complete each section and file in duplicate with Recorder of Deeds when (1) the full consideration/value is/is not set forth in the deed, (2) when the deed is with consideration, or by gift, or (3) a tax exemption is claimed. If more space is needed, attach additional sheet(s).

## A. CORRESPONDENT — All inquiries may be directed to the following person:

| NAME | TELEPHONE NUMBER: Tel:215-233- |
|---|---|
| Northwest Abstract Company, Inc. | AREA CODE ( ) 0888Fax:215-836-7113 |

| STREET ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 801 Bethlehem Pike | Erdenheim | PA | 19038 |

## B. TRANSFER DATA
DATE OF ACCEPTANCE OF DOCUMENT: **January 25, 2013**

| GRANTOR(S)/LESSOR(S) | GRANTEE(S)/LESSEE(S) |
|---|---|
| Michelle Pollino | Asha N. El-Shabazz |

| STREET ADDRESS | STREET ADDRESS |
|---|---|
| 1433 Del Monte Dr. | 336 E. Mt. Airy Ave. |

| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| Glendale | CA | 91207 | Philadelphia | PA | 19119 |

## C. PROPERTY LOCATION

| STREET ADDRESS | CITY, TOWNSHIP, BOROUGH |
|---|---|
| 336 E. Mt. Airy Ave. | |

| COUNTY | SCHOOL DISTRICT | TAX PARCEL NUMBER |
|---|---|---|
| Philadelphia | | 22-2-178400 |

## D. VALUATION DATA

| 1. ACTUAL CASH CONSIDERATION | 2. OTHER CONSIDERATION | 3. TOTAL CONSIDERATION |
|---|---|---|
| 170,000.00 | + | = 170,000.00 |

| 4. COUNTY ASSESSED VALUE | 5. COMMON LEVEL RATIO FACTOR | 6. FAIR MARKET VALUE |
|---|---|---|
| 28,960.00 | X 3.97 | = 114,971.20 |

## E. EXEMPTION DATA

| 1A. AMOUNT OF EXEMPTION | 1B. PERCENTAGE OF INTEREST CONVEYED |
|---|---|
| 0 | 100 |

2. Check Appropriate Box Below for Exemption Claimed

☐ Will or intestate succession _____
                                           (NAME OF DECEDENT)               (ESTATE FILE NUMBER)

☐ Transfer to Industrial Development Agency.

☐ Transfer to agent or straw party. (Attach copy of agency/straw party agreement).

☐ Transfer between principal and agent. (Attach copy of agency/straw trust agreement). Tax paid prior deed $ _____

☐ Transfers to the Commonwealth, the United States, and Instrumentalities by gift, dedication, condemnation or in lieu of condemnation. (Attach copy of resolution).

☐ Transfer from mortgagor to a holder of a mortgage in default, Mortgage Book Number _____ , Page Number _____ Mortgagee (grantor) sold property to Mortgagor (grantee) (Attach copy of prior deed).

☐ Corrective deed (Attach copy of the prior deed).

☐ Other (Please explain exemption claimed, if other than listed above.) _____
_____

*Under penalties of law or ordinance, I declare that I have examined this Statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.*

| SIGNATURE OF CORRESPONDENT OR RESPONSIBLE PARTY | DATE |
|---|---|
| Northwest Abstract Company, Inc., By: | January 25, 2013 |

82-127 (Rev. 6/93)               (SEE REVERSE)

# EXHIBIT F



**We're making this site better. Preview the new version and tell us what you think.**
**(http://alpha.phila.gov/property)**

# 2112 DORRANCE ST ACCOUNT # 481273400

| Assessment | Tax LOOP |

## Account Information

**OWNER(S)**

ROBINSON KHALILAH

**MAILING ADDRESS**

2112 DORRANCE ST
Philadelphia PA
19145-0000

**PROPERTY UNIT**

None

**PROPERTY ZIP**

19145-0000

**SALE DATE**

7/17/2013

**SALE PRICE**

$1

**HOMESTEAD**

Yes*

## Property Characteristics

**LAND AREA**

665.52 SqFt

**IMPROVEMENT AREA**

1,048 SqFt

**IMPROVEMENT DESCRIPTION**

ROW 2 STY MASONRY

**BEGINNING POINT**

86'10" S SNYDER AVE

**EXTERIOR CONDITION**

Average

**ZONING**

RM1 Residential/Residential Mixed-Use

## Certified Valuation History

| YEAR | MARKET VALUE | ASSESSED LAND (TAXABLE) | ASSESSED IMPROVEMENT (TAXABLE) | ASSESSED LAND (EXEMPT) | ASSESSED IMPROVEMENT (EXEMPT) | TOTAL ASSESSMENT |
|---|---|---|---|---|---|---|
| 2016 | $79,600 | $7,920 | $41,680 | $0 | $30,000 | $79,600 |
| 2015 | $79,600 | $7,920 | $71,680 | $0 | $0 | $79,600 |
| 2014 | $79,600 | $7,920 | $71,680 | $0 | $0 | $79,600 |
| 2013 | $23,300 | $843 | $6,613 | $0 | $0 | $7,456 |
| 2012 | $23,300 | $843 | $6,613 | $0 | $0 | $7,456 |
| 2011 | $23,300 | $843 | $6,613 | $0 | $0 | $7,456 |
| 2010 | $23,300 | $843 | $6,613 | $0 | $0 | $7,456 |

Note: The Department of Revenue is responsible for collecting real estate taxes. Please visit the Department of Revenue Website (http://www.phila.gov/revenue) for information regarding the billing, collecting and accounting of real estate taxes or call 215-686-6442.

* If approved for the Homestead Exemption, the amount is indicated in the 'Exempt' column. If you have an abatement or are enrolled in the Longtime Owner Occupants Program (LOOP), then you are ineligible to also have the Homestead Exemption.

New Search

View Tax Balances (http://www.phila.gov/revenue/RealEstateTax/Default.aspx?txtBRTNo=481273400)

Submit an Inquiry (http://opa.phila.gov/opa.apps/Help/CitizenMain.aspx?sch=Ctrl2&s=1&url=search&id=2896002112)

# EXHIBIT G



**We're making this site better. Preview the new version and tell us what you think.
(http://alpha.phila.gov/property)**

# 5722 W OXFORD ST ACCOUNT # 043264000

Assessment | Tax LOOP

## Account Information

**OWNER(S)**

SIMON TEQUINA D

**MAILING ADDRESS**

5722 W OXFORD ST
Philadelphia PA
19131-3431

**PROPERTY UNIT**

None

**PROPERTY ZIP**

19131-3431

**SALE DATE**

2/20/2004

**SALE PRICE**

$84,900

**HOMESTEAD**

No*

## Property Characteristics

**LAND AREA**

1,422.06 SqFt

**IMPROVEMENT AREA**

1,399 SqFt

**IMPROVEMENT DESCRIPTION**

ROW B/GAR 2STY MASONRY

**BEGINNING POINT**

169'2 3/4" W 57TH ST

**EXTERIOR CONDITION**

Average

**ZONING**

RM1 Residential/Residential Mixed-Use

## Certified Valuation History

| YEAR | MARKET VALUE | ASSESSED LAND (TAXABLE) | ASSESSED IMPROVEMENT (TAXABLE) | ASSESSED LAND (EXEMPT) | ASSESSED IMPROVEMENT (EXEMPT) | TOTAL ASSESSMENT |
|---|---|---|---|---|---|---|
| 2016 | $84,700 | $8,248 | $76,452 | $0 | $0 | $84,700 |
| 2015 | $93,200 | $8,248 | $84,952 | $0 | $0 | $93,200 |
| 2014 | $93,200 | $8,248 | $84,952 | $0 | $0 | $93,200 |
| 2013 | $34,800 | $2,007 | $9,129 | $0 | $0 | $11,136 |
| 2012 | $34,800 | $2,007 | $9,129 | $0 | $0 | $11,136 |
| 2011 | $34,800 | $2,007 | $9,129 | $0 | $0 | $11,136 |
| 2010 | $34,800 | $2,007 | $9,129 | $0 | $0 | $11,136 |

Note: The Department of Revenue is responsible for collecting real estate taxes. Please visit the Department of Revenue Website (http://www.phila.gov/revenue) for information regarding the billing, collecting and accounting of real estate taxes or call 215-686-6442.

* If approved for the Homestead Exemption, the amount is indicated in the 'Exempt' column. If you have an abatement or are enrolled in the Longtime Owner Occupants Program (LOOP), then you are ineligible to also have the Homestead Exemption.

New Search

View Tax Balances (http://www.phila.gov/revenue/RealEstateTax/Default.aspx?txtBRTNo=043264000)

Submit an Inquiry (http://opa.phila.gov/opa.apps/Help/CitizenMain.aspx?sch=Ctrl2&s=1&url=search&id=6212005722)

# EXHIBIT H

By:   Michael Froehlich, Esquire
Mfroehlich@ClsPhila.org
Attorney ID No.: 92767
COMMUNITY LEGAL SERVICES, INC.
1410 West Erie Avenue
Philadelphia, Pennsylvania 19140
Telephone No.: (215) 227-4377

Attorney For Plaintiffs
KATHERINE CRAWFORD, ET AL

*Filed and Attested by
PROTHONOTARY
02 JUL 2014 03:28 pm
J. OSTROWSKI*

_____

| | | |
|---|---|---|
| KATHERINE CRAWFORD, James Crawford, ROCHELLE BROWN, JANICE CRAWFORD SHARIF, | : | PHILADELPHIA COUNTY COURT OF COMMON PLEAS TRIAL DIVISION |
| | : | |
| Plaintiffs, | : | APRIL TERM, 2014 |
| | : | No.00091 |
| vs. | : | |
| KHALILAH ROBINSON, KHALIL MUNIR, TEQUINA SIMON, JAMES ROSCOE SMITH, III, OCWEN Loan Servicing, LLC; U.S. Bank, National Association, as Trustee for the CMLTI Asset-Backed Pass-Through Certificates, Series 2007-AMC3, Pennsylvania Housing Finance Agency (PHFA), and The Department of Housing and Urban Development, | : | |
| Defendants. | : | |

_____

## AFFIDAVIT OF SERVICE

Served and made known to TEQUINA SIMON, Defendant, on the 2nd day of June, 2014, at 5722 W. Oxford Street, Philadelphia, PA 19131, in the manner described below:

___Defendant personally served.

___Adult Family member with whom Defendant(s) reside(s).
        Relationship is _____.

___Adult in charge of Defendant's residence who refused to give name or relationship.

___Manager/Clerk of place of lodging in which Defendant(s) reside(s).

Case ID: 140400091

___Agent or person in charge of Defendant's office or usual place of business.

_____ an officer of Defendant's company.

_X__ Other: Mailed a copy of the Complaint, by regular and certified mail, to Defendant's property located at 5722 W. Oxford Street, Philadelphia, PA  19131 on 06/02/2014.  The certified mail was returned as "Unclaimed".  The regular mail was not returned.

Description: Age:____  Height:___  Weight:___  Race:___  Sex:___  Other:_____

I, Henry A. Jefferson, a competent adult, herby verify that I mailed a true and correct copy of the Quiet Title Complaint in the manner as set forth herein, issued in the captioned case on the date and at the address indicated above.  I understand that this statement is made subject to the penalties of 18 Pa. C.S. Sec. 4904 relating to unsworn falsification to authorities.

Name: _Henry A. Jeff_____

Printed Name: _Henny A. Jeffeeson_____

Title: _Paralegal_____

By:   Michael Froehlich, Esquire
Mfroehlich@ClsPhila.org
Attorney ID No.: 92767
COMMUNITY LEGAL SERVICES, INC.
1410 West Erie Avenue
Philadelphia, Pennsylvania  19140
Telephone No.:  (215) 227-4377

Attorney For Plaintiffs
KATHERINE CRAWFORD, ET AL

*Filed and Attested by
PROTHONOTARY
19 JUN 2014 09:15 am
E. MASCUILLI*

---

| | | |
|---|---|---|
| KATHERINE CRAWFORD, James Crawford, ROCHELLE BROWN, JANICE CRAWFORD SHARIF, | : : : : | PHILADELPHIA COUNTY COURT OF COMMON PLEAS TRIAL DIVISION |
| Plaintiffs, | : : : | APRIL TERM, 2014 No.00091 |
| vs. | : : | |
| KHALILAH ROBINSON, KHALIL MUNIR, TEQUINA SIMON, JAMES ROSCOE SMITH, III, OCWEN Loan Servicing, LLC; U.S. Bank, National Association, as Trustee for the CMLTI Asset-Backed Pass-Through Certificates, Series 2007-AMC3, Pennsylvania Housing Finance Agency (PHFA), and The Department of Housing and Urban Development, | : : : : : : : : | |
| Defendants. | : : : : | |

---

## AFFIDAVIT OF SERVICE

Served and made known to TEQUINA SIMON, Defendant on the 4th day of June, 2014, at 10:20 A.M., at 1331 South 17th Street,  Philadelphia, PA  19146, in the manner described below:

_____ Defendant personally served.

_____ Adult Family member with whom Defendant(s) reside(s).
   Relationship is _____.

_____ Adult in charge of Defendant's residence who refused to give name or relationship.

_____ Manager/Clerk of place of lodging in which Defendant(s) reside(s).

Case ID: 140400091

_____Agent or person in charge of Defendant's office or usual place of business.

_____ an officer of Defendant's company.

 **X**  Other: Posted a copy of the Complaint, per Court Order, on the property located at 1331 South 17th Street, Philadelphia, PA  19146 on 06/04/2014 at 10:20 A.M.

Description: Age:_____   Height:____   Weight:____   Race:____   Sex:____   Other:_____

I, Edgardo Reyes, a competent adult, herby verify that I posted a true and correct copy of the Quiet Title Complaint in the manner as set forth herein, issued in the captioned case on the date and at the address indicated above.  I understand that this statement is made subject to the penalties of 18 Pa. C.S. Sec. 4904 relating to unsworn falsification to authorities.

Name: *Edgardo J. Reys*

Printed Name: *EDGARDO J. REYES*

Title: *INVESTIGATOR*

# EXHIBIT I

By:    Michael Froehlich, Esquire
Mfroehlich@ClsPhila.org
Attorney ID No.: 92767
COMMUNITY LEGAL SERVICES, INC.
1410 West Erie Avenue
Philadelphia, Pennsylvania  19140
Telephone No.:  (215) 227-4377

Attorney For Plaintiffs
KATHERINE CRAWFORD, ET AL

Filed and Attested by
PROTHONOTARY
19 JUN 2014 09:15 am
E. MASCUILLI

---

KATHERINE CRAWFORD, James Crawford,          :
ROCHELLE BROWN, JANICE CRAWFORD              :
SHARIF,                                      :
                                             :
                        Plaintiffs,          :
                                             :
           vs.                               :
                                             :
KHALILAH ROBINSON, KHALIL MUNIR,             :
TEQUINA SIMON, JAMES ROSCOE SMITH, III,      :
OCWEN Loan Servicing, LLC; U.S. Bank, National :
Association, as Trustee for the CMLTI Asset-Backed :
Pass-Through Certificates, Series 2007-AMC3, :
Pennsylvania Housing Finance Agency (PHFA),  :
and The Department of Housing and Urban      :
Development,                                 :
                                             :
                        Defendants.          :
                                             :
                                             :

PHILADELPHIA COUNTY
COURT OF COMMON PLEAS
TRIAL DIVISION

APRIL TERM, 2014
No.00091

---

## AFFIDAVIT OF SERVICE

Served and made known to KHALILAH ROBINSON, Defendant on the 4th day of June, 2014, at 10:20 A.M., at 1331 South 17th Street, Philadelphia, PA  19146, in the manner described below:

____Defendant personally served.

____Adult Family member with whom Defendant(s) reside(s).
        Relationship is _____.

____Adult in charge of Defendant's residence who refused to give name or relationship.

____Manager/Clerk of place of lodging in which Defendant(s) reside(s).

Case ID: 140400091

___Agent or person in charge of Defendant's office or usual place of business.

_____ an officer of Defendant's company.

 **X**  Other: Posted a copy of the Complaint, per Court Order, on the property located at 1331 South 17th Street, Philadelphia, PA  19146 on 06/04/2014 at 10:20 A.M.

Description:  Age:_____   Height:___   Weight:___   Race:___   Sex:___   Other:_____

I, Edgardo Reyes, a competent adult, herby verify that I posted a true and correct copy of the Quiet Title Complaint in the manner as set forth herein, issued in the captioned case on the date and at the address indicated above.  I understand that this statement is made subject to the penalties of 18 Pa. C.S. Sec. 4904 relating to unsworn falsification to authorities.

Name: *Edgardo J. Reyes*

Printed Name: *EDGARDO J. REYES*

Title: *INVESTIGATOR*

By:    Michael Froehlich, Esquire
Mfroehlich@ClsPhila.org
Attorney ID No.: 92767
COMMUNITY LEGAL SERVICES, INC.
1410 West Erie Avenue
Philadelphia, Pennsylvania 19140
Telephone No.: (215) 227-4377

Attorney For Plaintiffs
KATHERINE CRAWFORD, ET AL

*Filed and Attested by
PROTHONOTARY
02 JUL 2014 01:28 pm
J. OSTROWSKI*

---

| | | |
|---|---|---|
| KATHERINE CRAWFORD, James Crawford, ROCHELLE BROWN, JANICE CRAWFORD SHARIF, | : | PHILADELPHIA COUNTY COURT OF COMMON PLEAS TRIAL DIVISION |
| Plaintiffs, | : | APRIL TERM, 2014 No.00091 |
| vs. | : | |
| KHALILAH ROBINSON, KHALIL MUNIR, TEQUINA SIMON, JAMES ROSCOE SMITH, III, OCWEN Loan Servicing, LLC; U.S. Bank, National Association, as Trustee for the CMLTI Asset-Backed Pass-Through Certificates, Series 2007-AMC3, Pennsylvania Housing Finance Agency (PHFA), and The Department of Housing and Urban Development, | : | |
| Defendants. | : | |

---

## AFFIDAVIT OF SERVICE

Served and made known to KHALILAH ROBINSON, Defendant, on the 2nd day of June, 2014, at 2112 Dorrance Street, Philadelphia, PA 19145, in the manner described below:

_____Defendant personally served.

_____Adult Family member with whom Defendant(s) reside(s).
       Relationship is _____.

_____Adult in charge of Defendant's residence who refused to give name or relationship.

_____Manager/Clerk of place of lodging in which Defendant(s) reside(s).

Case ID: 140400091

_____Agent or person in charge of Defendant's office or usual place of business.

_____ an officer of Defendant's company.

  **X**   Other: Mailed a copy of the Complaint, by regular and certified mail, to Defendant's property located at 2112 Dorrance Street, Philadelphia, PA  19144 on <u>06/02/2014</u>.  The certified mail was returned as "Unclaimed".  The regular mail was not returned.

Description:  Age:_____   Height:_____   Weight:_____   Race:_____   Sex:_____   Other:_____

I, Henry A. Jefferson, a competent adult, herby verify that I mailed a true and correct copy of the <u>Quiet Title Complaint</u> in the manner as set forth herein, issued in the captioned case on the date and at the address indicated above.  I understand that this statement is made subject to the penalties of 18 Pa. C.S. Sec. 4904 relating to unsworn falsification to authorities.

Name:_____

Printed Name:_____

Title:_____

Case ID: 140400091