IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KATHERINE CRAWFORD,** *et al.* <br><br> **Plaintiffs** <br><br> v. <br><br> **KHALILAH ROBINSON,** *et al.* <br><br> **Defendants** | **CIVIL ACTION** <br> **NO. 14-04148** |

### ORDER

**AND NOW,** this 4th day of September 2015, upon consideration of Plaintiffs' Motion for Extension of Time to Serve Amended Complaint and for Alternative Service of Amended Complaint (Doc. No. 56), it is **ORDERED** that:

1. The Motion is **GRANTED**;

2. Plaintiffs shall serve the Summons and Amended Complaint upon Defendants Khalilah Robinson, Tequina Simon, and Khalil Munir by **September 21, 2015**;

3. Plaintiffs may make such service upon Defendants Khalilah Robinson and Tequina Simon by U.S. Mail, First Class, postage pre-paid, pursuant to the May 28, 2014 Order of the Philadelphia Court of Common Pleas;

4. Plaintiffs may make such service upon Defendant Khalil Munir by U.S. Mail, First Class, postage pre-paid, by Certified Mail, and by posting on the Property at 1331 South 17th Street, Philadelphia, PA 19146;

5. Plaintiffs must attach a copy of this Order to the process served on the above Defendants.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.